**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BOARDS OF TRUSTEES OF**
**THE OHIO LABORERS BENEFITS,**

          **Plaintiff,**

                                     **Civil Action 2:26-cv-3**
     **v.**                             **Chief Judge Sarah D. Morrison**
                                     **Magistrate Judge Chelsey M. Vascura**

**ZONE SAFETY LLC**
**d/b/a ZONE SAFETY 365,**

          **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Stay Civil Action. (ECF No. 4.) In it, Plaintiff reports that the parties have entered a settlement agreement and, pending additional payments, anticipate that a dismissal may be filed by November 1, 2026. (*Id.*) Plaintiff seeks a stay of this matter in the interim. (*Id.*)

For good cause shown, the Motion is **GRANTED**. Plaintiff is **ORDERED** to file a written **REPORT** detailing the status of this case **ON OR BEFORE NOVEMBER 2, 2026**, unless Plaintiff has filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

        **IT IS SO ORDERED.**

                                         /s/ *Chelsey M. Vascura*
                                         CHELSEY M. VASCURA
                                         UNITED STATES MAGISTRATE JUDGE